# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1269
_____

David Martinez-Montiel

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States[1]

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: September 25, 2015
Filed: October 7, 2015
[Unpublished]
_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

---

[1]Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

David Martinez-Montiel, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge to deny withholding of removal.[2] After careful consideration, we conclude that substantial evidence supports the decision. See Davila-Mejia v. Mukasey, 531 F.3d 624, 627 (8th Cir. 2008). The petition is denied. See 8th Cir. R. 47B.

———————————————————

[2]The untimeliness of the related asylum application is not an issue before us.